# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-00121-CR-W-HFS |
| | ) | |
| RANDY WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

### MEMORANDUM OF MATTERS DISCUSSED AND
### ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On December 10, 2019, the Grand Jury returned a one-count Second Superseding Indictment charging that on or about December 9, 2017, the Defendant, Randy White, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, which had been transported in interstate commerce.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Jeffrey Quinn McCarther and Robert M. Smith
      Case Agent: Detective Frank Rorabaugh
    Defense: John O'Connor and possibly PJ O'Connor

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
    Government: 5 with stipulations; 8 without stipulations
    Defendant: 5 witnesses, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 30-35 exhibits
    Defendant: approximately 30-35 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    ( X) Definitely for trial; (  ) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME: 2 days total**
    Government's case including jury selection: 1 ½ days
    Defendant: ½ day

**STIPULATIONS**: None currently.  Government has proposed stipulations as to felony status and interstate nexus of the firearm.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: Amended Proposed Witness List filed 2/24/20; Amended Proposed Exhibit List filed 10/23/19  **Updated list(s) due on or before March 3, 2020.**

        Defendant: None filed.  **Due on or before March 3, 2020**.

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions:**

        Government: Proposed Voir Dire and Jury Instructions filed 9/27/19. **Amendments due on or before March 11, 2020.**
        Defendant: **Due on or before March 11, 2020.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine:  Due on or before March 11, 2020.**

**TRIAL SETTING**: Criminal jury trial docket set for March 16, 2020.

    **Please note:**  The parties request the second week of the docket.

    **IT IS SO ORDERED**

                                             */s/ Lajuana M. Counts*
                                             LAJUANA M. COUNTS
                                             UNITED STATES MAGISTRATE JUDGE